UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL CHARETTE,
    Plaintiff,

v.                                                     C.A. 09-576 S

PATRICIA MARTINEZ, Director
of the Rhode Island Department
of Children, Youth and Families,
ET AL.,
    Defendants.

### ORDER

    The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on October 16, 2010 (document #17) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #18) is rejected, his Motions for Competency Hearing (document # 13) and to Appoint Representative (document #15) are hereby DENIED and Defendant's Motion to Dismiss this action in its entirety (document # 10) is hereby GRANTED.

ENTER:

_/s/ W. Smith_
William E. Smith
United States District Judge

Date: 10/29/10